**Exhibit A**



# 2024 Reinsurance Year
# MPCI Commission Agreement and Schedule
### Addendum to the Agency-Company Agreement

This document supersedes all previous MPCI Commission Agreements and will remain in effect until superseded by a new written MPCI Commission Agreement.

## MPCI Commission Agreement:

- Agency understands and agrees that under Section III (a)(2)(G) of the Standard Reinsurance Agreement (SRA), the Federal Crop Insurance Corporation (FCIC) through the Risk Management Agency (RMA) (together hereinafter "RMA") has established a maximum total Administrative and Operating (A&O) subsidy amount for the reinsurance year ("A&O Cap"). To ensure commission payments to Agency do not exceed the A&O Cap, Company will, as necessary, apply an estimated factor, until the final factor determined by RMA is released, that will reduce potential Agency Base Commission.

- Agency further agrees that if the application of this factor results in paid commission exceeding the terms allowed under Section III (a)(4)(B) of the SRA, Agency must repay overpaid commission to Company within 90 days of the noncompliance determination by the Company or RMA.

- As specified in Section III (a)(4)(B) of the SRA, under no circumstance will the total base commission compensation paid to Agency in any state exceed 80% of the A&O subsidy and/or CAT LAE paid to the Company, by plan of insurance.

## MPCI Commission Schedule:

- Agencies producing gross premium on Multiple Peril Crop Insurance (MPCI) policies with Company ("Base/Imputed Premium") in the reinsurance year specified above and in any succeeding reinsurance year(s) will earn commission on MPCI premium and MPCI Supplemental Insurance premium on policies issued by the Company that clear all of RMA's Policy Acceptance and Storage System (PASS) edits and are accepted by RMA, at the following rate(s) ("Base Commission"):

| Insurance Plan | A & O and/or CAT LAE | Agencies producing $200,000 or more — Potential % of A&O Base Commission | *Agencies producing less than $200,000 — Potential % of A&O Base Commission |
|---|---|---|---|
| APH and YP | 21.90% | 80% | 65% |
| RP with HPE | 21.90% | 80% | 65% |
| RP | 18.50% | 80% | 65% |
| CAT | 6.00% | 80% | 65% |
| ARPI | 12.00% | 80% | 65% |
| PRF | 20.10% | 80% | 65% |
| HIP-WI, SCO, ECO, PACE & STAX | 20.10% | 80% | 65% |
| Margin Protection | 20.10% | 80% | 65% |
| WFRP | 21.90% | 50% | 30% |
| Livestock | 22.20% | 50% | 30% |
| PRH | 21.90% | 80% | 65% |
| All other Plans not specified | 21.90% | 80% | 65% |

- Notwithstanding the chart above, Agencies will earn commission on Specialty Crops, regardless of the Insurance Plan, at the rate(s) listed below.

| Specialty Crops | Agencies producing $200,000 or more — Potential % of A&O Base Commission | *Agencies producing less than $200,000 — Potential % of A&O Base Commission |
|---|---|---|
| Apiculture, Cherries, FM Tomatoes, Onions, Peaches, Peppers | 60% | 50% |
| Aquaculture, Annual Forage, Hemp and Tobacco | 50% | 30% |

- Notwithstanding the charts above, Agencies will earn commissions on [Insurance Plans or Crops] made available for sale by RMA after the date of this MPCI Commission Agreement and Schedule (as specified in the footer), at the rate(s) listed below:

| Agencies producing $200,000 or more — Potential % of A&O Base Commission | *Agencies producing less than $200,000 — Potential % of A&O Base Commission |
|---|---|
| 70% | 50% |

**MPCI Advance Commissions**

- An advance equal to 50% of the potential Base Commission will be paid for booked MPCI business once the Agency has booked a minimum of $200,000 in Base/Imputed Premium on MPCI policies with Company. Agencies producing less than $200,000 in Base/Imputed Premium do not qualify for advance commission payments. The advance is paid monthly. Agency must meet the training and certification requirements described below, under "Training, Compliance, Legal, and Corrective Action," to be eligible for advance commission. Company will only pay advance commission on premium for policies for which required documents have been provided and uploaded within GreatAg, have cleared all PASS edits and have been accepted by RMA. Advance commission for WFRP policies will be based on the Revised Farm Operation Report (FOR) and will be paid when all required documents have been provided and uploaded within GreatAg, have been accepted and approved by the Company and have the underlying MPCI liability entered within GreatAg, if applicable. Company will not pay advance commission on Livestock and non-reinsured supplemental products.

**Non-reinsured MPCI Supplemental Products**

- All non-reinsured MPCI supplemental products meant to augment MPCI coverage ("Non-reinsured MPCI Supplemental Products"), such as, but not limited to, RPowerD, MPowerD, Price Flex, GAP, Replant Endorsement, RevNet, RevBoost,etc., that are supported by an MPCI policy with Company will receive **10%** commission on the premium from those Non-reinsured MPCI Supplemental Products. All Non-reinsured MPCI Supplemental Products with entities that do not have an MPCI policy with Company will be considered "unsupported". All unsupported Non-reinsured MPCI Supplemental Products will receive **1%** commission on the premium from those Non-reinsured MPCI Supplemental Products.

- Non-reinsured MPCI Supplemental Products are not eligible for additional commission, such as Underwriting Gain Contingency and MPCI Data Processing Bonus payments.

**Policy Terminations:**

- Commission will not be paid to the Agency for policies for which the insured fails to pay the policy premium to the Company by the termination date. Agency shall return to the Company any advance commission that had been previously paid on such policies.

**Commission Reductions:**

- Agencies *not* providing Electronic Services, ***will not*** receive MPCI Data Processing Bonus payments (see MPCI Data Processing Addendum) ***and*** will have all Potential Base Commission (as indicated in the commission schedule above) reduced by ***2*** percentage points. "Electronic Services" is defined as completion of data processing as described in the Agency MPCI Data Processing Agreement Addendum, including electronic submission of original signature policy documents to Company via GreatAg®, as well as printing and distributing approved forms (Actual Production History and Schedule of Insurance) to the policyholder.

- All Agencies, regardless of whether they are providing Electronic Services, must report field location on an approved acreage reporting form using Common Land Unit ("CLU") reporting requirements established by RMA. Any acreage reports the Company receives that fail to meet the CLU reporting requirement may be rejected by the Company or if accepted receive a 50% commission reduction on the associated policies.

- All Whole Farm Revenue Protection (WFRP) policies with entities that do not have other MPCI coverage with Company will be considered 'Unsupported". All unsupported WFRP policies will receive a 50% commission reduction.

- A&O reductions (LSR and LPR) imposed by RMA will be deducted from commission paid to Agency unless the A&O reduction was caused by the Company and/or RMA.

- Sales Related Documents (for crops with a fixed sales closing date) that require processing by the Company must be received by the Company within 7 days after the applicable sales closing date.

- Sales Related Documents (for crops without a fixed sales closing date) that require processing by the Company must be received by the Company within 1 day after the signed application is received by the Agency.

- Apiculture (API), Pasture, Rangeland, and Forage (PRF) and Annual Forage documents that require processing by the Company must be received by the Company within 15 calendar days after the documents have been completed, signed and received by the Agency, but no later than 7 calendar days after the applicable sales closing date.

- Whole Farm Revenue Protection (WFRP) Sales documents and all supporting documentation must be received by the Company within 3 calendar days after the documents have been completed, signed and received by the agency, but no later than 3 calendar days after the applicable sales closing date. Sales documents include but are not limited to the WFRP Application, Allowable Revenue and Expense Worksheets, Whole Farm History Report, Accounts Payable and Receivable, Inventory Forms and Intended Farm Operation Report. Supporting documentation included, but it not limited to Worksheets required by the Company, IRS filed Tax forms, Substitute Schedule F's and record to support the expected revenue amounts (yield and price). The Revised Farm

Operation Report and Final Farm Operation Report should be completed, and all required documentation received by the Company within 3 calendar days after the applicable deadline published by RMA.

- Livestock application and/or endorsement forms must be signed, scanned and uploaded into GreatAg the same day as policy information is entered and submitted within GreatAg. Livestock policies must clear all RMA edits (eDas and/or PASS), otherwise coverage will not be provided for the sales period.

- "Sales Related Documents" include but are not limited to: Application/Cancellation/Transfer Form, Policy Change Form, Renewal Form, Hail/Fire Exclusion Form, High Risk Land Exclusion Form, PIVR, PAW and such other forms as may be required by RMA to be completed no later than the applicable sales closing date for the crop policy. <u>Sales Related Documents not received by the Company within these specified timeframes are subject to rejection by the Company or if accepted a 50% commission reduction on the associated policies.</u>

    o Agency is responsible for the completeness and accuracy of all required documents and their compliance with RMA published guidelines.

    o Agency is responsible for timely submission of all signature documents and supporting documentation to the Company for retention as the official record.

- Production reporting documents, acreage reporting documents and all other documents that require processing by the Company must be received by the Company within 15 days after the applicable reporting deadline as published by RMA. Late-Filed acreage reports subject to approval or rejection by the Company should be submitted to the Company immediately upon completion of the document.

- Request for Actuarial Change (Written Agreements) and all supporting documentation outlined within the Written Agreement Handbook must be received by the Company within 3 calendar days after the documents have been completed, signed and received by the Agency, but no later than 1 calendar days after RMA's specified deadline for the documents to be completed and signed by the requester of such Written Agreement.

- <u>All documents not received by the Company within these specified timeframes are subject to rejection by the Company or if accepted a 50% commission reduction on the associated policies.</u>

- Company may reduce commission by 10% or $150, whichever is greater, on any policies requiring growing season inspection due to revisions and/or late signed documents.

## Training, Compliance, Legal and Corrective Action:

- Company will not pay commission on any policies sold or serviced by any agent within the Agency if the minimum training/testing, conflict of interest certification, Non-disclosure certification, Controlled Business certification, and REG survey response are not fulfilled timely as required by the SRA. Any penalties imposed by RMA as a result of an agent's failure to follow these requirements will be the Agency's responsibility. Advance commissions will be withheld until the agent becomes compliant.

- Agencies writing Livestock or WFRP coverages must attend Company sponsored training and pass the proctored test(s) in order to be eligible to earn commission on these lines of business.

- Agency and its agents acknowledge that they are subject to all restrictions under Section III(a)(2)(K) of the SRA and to be bound by the covenant not to sue described in that paragraph of the SRA.

- As a reminder, Agency must adhere to the Confidentiality provisions in the Crop Division Agency-Company Agreement. Agency and each person within the Agency authorized to access GreatAg also must adhere to requirements set forth in the Guidelines for Agency Access to GreatAg, provided to Agency in conjunction with the Agency-Company Agreement.

## Congressional Appropriation of Funds and SRA Restrictions:

As set forth in more detail in Article 7(e) of the Crop Insurance Division Agency-Company Agreement, Company's obligations are subject to the availability and amount of Congressional appropriations and limited to the maximum A&O subsidy restrictions provided in the current SRA. Agency hereby acknowledges that Company has the right to amend the MPCI Commission Agreement and Schedule, Underwriting Gain Contingency calculations and payment (if applicable), and/or MPCI Data Processing Bonus (if applicable) if Congress reduces the appropriations and/or if A&O subsidy maximums are exceeded. Agency also understands and agrees that if RMA clarifies, modifies, changes, or otherwise interprets the definition of compensation in the current SRA in a manner that would conflict with the MPCI Commission Schedule and Agreement Addendum, Underwriting Gain Contingency Addendum (if applicable), and/or MPCI Data Processing Bonus Addendum (if applicable), then the terms of any such applicable agreement will be changed to comply with the SRA.