**Exhibit B**



**CROP RISK SERVICES**
MEMBER OF
GREAT AMERICAN INSURANCE GROUP

## 2024 Reinsurance Year
## MPCI Commission ADDENDUM

Great American Insurance Company and Stratford Insurance Company *(Company)* has agreed to offer this Commission Addendum to ___Hopkins Crop Insurance Services LLC___ *(Agency)* as a part of our 2024 crop year MPCI compensation program.

1. <u>Loss Ratio</u>: The Company and Agency hereby agree to the following change in our 2024 Underwriting Gain Contingency Agreement Qualifications for the 2024 reinsurance year:

   a. Agency qualification item (2) is **increased to 100%** for Agency;

   b. Underwriting Gain Contingency payment will be based on the following chart:

   | Agency Gross Loss Ratio | % of A&O or LAE by Plan of Insurance |
   |---|---|
   | 120% - Up | 4% |
   | 110% - 119.9% | 8% |
   | 100% - 109.9% | 12% |
   | Less than 100% | 20% |

2. <u>Profit Share</u>: If an underwriting gain contingency is earned by Agency, Company produces at least a 1% national net underwriting gain for the 2024 or subsequent reinsurance year and payment of an underwriting gain contingency is approved by RMA the Company has agreed to pay Agency up to 20% of A&O or LAE by plan of insurance.

3. <u>Confidentiality</u>: The changes above are agreed to provided, however, that if Company determines that Agency has disclosed the terms of this Addendum to any person or entity, or the fact that Agency has a special Underwriting Gain Contingency Agreement and MPCI Commission Agreement and Schedule with the Company, then this Addendum shall be void and the terms of the 2024 Reinsurance Year Multiple Peril Crop Insurance Agreements (including the Underwriting Gain Contingency Agreement and MPCI Commission Agreement and Schedule) with Great American will revert to their original form as if this Addendum had never been agreed.

4. <u>RMA Profit Share Requirements</u>: Agency further understands and agrees that additional compensation in the form of Underwriting Gain Contingency payments are subject to the restrictions and limitations set forth in Section III (a)(4)(c)(iii) of the SRA and the Company's obligations are subject to these limitations. Therefore, contingency payments will not be paid until after the first annual settlement report from FCIC and after settlement of all claims within Agency. If the total of all potential contingency payments exceeds the Company's approved limitations, all payments will be prorated proportionally.

5. Except as modified herein, the terms of the 2024 Reinsurance Year Underwriting Gain Contingency Agreement and 2024 MPCI Commission Agreement and Schedule shall remain in full force and effect.

By signing below, Agency acknowledges that this is a confidential Addendum and agrees to all terms and conditions as stated in this Addendum.

Hopkins Crop Insurance Services LLC

**Great American Insurance Company:**

_____
Recommended by:  Signature  Date

_____
Name (Print)

91362-00, 222271

*Lynn Byington* 7.09.24
_____
Authorized ~~Agency~~ Signature  Date

**Lynn Byington**
_____
Name (Print)

2024 MPCI Addendum Legacy CRS 1 | 1