**<u>Exhibit C</u>**



**Great American Insurance Company**
**Stratford Insurance Company**
**Flathead Farm Mutual Insurance Company**
2024 Crop Hail / Named Peril / Supplemental
Commission Agreement and Schedule
Addendum to the Agency-Company Agreement
This document supersedes all previous Commission Agreements and will remain in effect until superseded
by written notification of a new CH/NP Commission Agreement and Schedule

**CROP RISK SERVICES**
MEMBER OF
GREAT AMERICAN INSURANCE GROUP

## CROP HAIL, SUPPLEMENTAL AND NAMED PERIL COMMISSION AGREEMENT

| Agency Name: Hopkins Crop Insurance Services LLC | | | Agency Code: 91362-00, 222271 |
|---|---|---|---|
| Address: 3214 N County Road 1200 E. | | | Tax Type (Check One) SSN / Tax ID & Number: |
| | | | Phone: 765.404.2116 |
| City: Russellville | State: IN | Zip: 46175 | Fax: |

Commission earned by the agent on Crop-Hail, Supplemental, or Named Peril policies issued by the above Companies shall be as follows:

A.  Subject to the penalties and assessments shown below, the above Companies hereby agree to pay the Agency shown above a commission rate equal to the percentage of the "Net Written Premium" on all Crop-Hail, Supplemental or Named Peril business subject to this agreement, which includes all Crop Insurance programs that are not reinsured by the Federal Government.

| PROGRAM | COMMISSION RATE |
|---|---|
| Standard Crop Hail Plans, Auto Hail and VPA - | 22 |
| Companion Hail Plans - | 10 |
| Production Hail Plans - | 10 |
| All Other Crop Classes, Products and Hemp - | 10 |
| Coverages and Endorsements Other Than Hail (Including Replant Endorsement, Wind, Green Snap, MPowerD, Price Flex, Rev Net, Rev Boost, RPowerD, GAP, APP etc.) | 10 |

**Coverages Unsupported:**
**"Coverages Unsupported"** by MPCI with Great American include but are not limited to:
**Any coverage on a Crop Hail, Supplemental, Named Peril or other crop insurance policy requiring the policyholder to provide any pertinent MPCI policy information to us so that we can rate and/or service the policy and the MPCI coverage is not with Great American. Commission on Coverages Unsupported (including endorsements) will be paid at the rates stated below: (Agent also agrees to assist insured in providing Great American any and all necessary MPCI policy information on these policies)**

| These policies include but are not limited to; Replant, Production Hail, Price Flex, MPowerD, RPowerD, Rev Boost, Rev Net, GAP, APP etc. | 0 |
|---|---|

**For Crop-Hail, Supplemental and Named Peril policies issued by Stratford Insurance Company:**

B.  **Reductions to Crop Hail/Named Peril Commission:** The following commission reductions shall apply for Crop Hail. Production Hail, Named Peril, or any other privately reinsured product:

i.  A maximum of 50% of commission will be paid if the premium is not paid in full by December 1;
ii.  No commission shall be paid if the premium is not paid in full by January 1;
iii.  No commission shall be paid on any policy that is the subject of a compromise settlement, mediation settlement, arbitration or judicial award;
iv.  No commission will be paid to the Agent if the Agency's license(s) are not valid and on file with the Company.

C.  **Underwriting Capacity Control:** The Company reserves the right to limit the underwriting capacity of the Agent with respect to any Crop Hail, Production Hail, or any other privately reinsured product offered by the Company.

D.  **Set-Off:** Company shall have the right to deduct, setoff or recoup from commissions earned hereunder any amounts for any year(s) owed by it by Agent.

**For Crop-Hail, Supplemental and Named Peril policies issued by Great American Insurance Company and Flathead Farm Mutual Insurance Company:**

B.  **All premiums are due on November 1st of the current policy year.**

C.  Payments received shall first be applied to penalties, interest and fees; any remaining amount shall be applied to outstanding premium.

D.  We will not pay any commission on a policy until all penalties, interest, fees and premium for the policy have been paid in full.

E.  For any policy premium paid or partially paid by loss credit, the date that the loss is finalized shall be considered to be the date of payment, regardless of the date that the loss occurred.



**Great American Insurance Company**
**Stratford Insurance Company**
**Flathead Farm Mutual Insurance Company**
2024 Crop Hail / Named Peril / Supplemental
Commission Agreement and Schedule
Addendum to the Agency-Company Agreement
This document supersedes all previous Commission Agreements and will remain in effect until superseded
by written notification of a new CH/NP Commission Agreement and Schedule

**CROP RISK SERVICES**

MEMBER OF
GREAT AMERICAN INSURANCE GROUP

**F.**  The Company shall have the full and undisputed right to deduct any monies owed to the Company from any commission earned by and owed to the agent.

**G.  Penalties:**

i.  Every application for insurance must be e-mailed, uploaded into GreatAg®, mailed or faxed to the appropriate office of the insurer within 5 calendar days of the date on which the agent and the insured signed the application. If mailed, the date of mailing shall be determined by the postmark affixed by a U.S. Post Office, a postmark affixed by a postage meter is not acceptable proof of the mailing date. If the application is not e-mailed, uploaded, mailed or faxed within the time limit described above, we may, at our option, reduce the amount of commission otherwise earned by 50%.

ii.  FOR AGENCY BILL AGENTS – If your account remains unpaid, commission reductions and penalties will apply as specified in the Agency – Company Agreement.

iii.  FOR DIRECT BILL AGENTS - If we initiate collection proceedings to collect unpaid premium or interest on a policy, then we will reduce the commission on the policy to 0%.

**H.**  This schedule supersedes any other Crop-Hail or Named Peril commission schedule made with the above Companies prior to the date of issuing this agreement.

**I.  Definitions:**
"Net written premium" shall mean the gross written premium, less any discounts or returned premium for the policy.

**Special Conditions:**

| No reductions to Crop Hail/Private Product commissions until afer 3/15 term date. |
| --- |
|  |
|  |

| Agency Representative Printed: Gary Gregory Zeleke | Company Officer Printed: Lynn Byington |
| --- | --- |
| Agency Representative Signature: | Company Officer Signature: *Lynn Byington* |
| Agency Representative Sign Date: 3-18-24 | Company Officer Sign Date: 7.09.24 |