**Exhibit D**



**CROP RISK SERVICES**
MEMBER OF
GREAT AMERICAN INSURANCE GROUP

# 2024 Reinsurance Year
# MPCI Data Processing Agreement

**Addendum to Agency-Company Agreement**
This document supersedes all previous MPCI Data Processing Addendums and will remain in effect until superseded by written notification of a new MPCI Data Processing Addendum.

## MPCI Data Processing Bonus:

- Agency understands and agrees that under Section III (a)(2)(G) of the Standard Reinsurance Agreement (SRA), the Federal Crop Insurance Corporation (FCIC) through the Risk Management Agency (RMA) (together hereinafter "RMA") has established a maximum total Administrative and Operating (A&O) subsidy amount for the reinsurance year ("A&O Cap"). To ensure commission payments to Agency do not exceed the A&O Cap, Company will, as necessary, apply an estimated factor, until the final factor determined by RMA is released, that will reduce potential MPCI Data Processing Bonus payment (if applicable).

- Agency further agrees that if the application of this factor results in paid commission exceeding the terms allowed under Section III (a)(4)(b) of the SRA, Agency must repay overpaid commission to Company within 90 days of the noncompliance determination by the Company or RMA.

- For consideration of a Data Processing Bonus equal to 5% of the A&O Subsidy/CAT LAE on policies accepted by RMA, described in the MPCI Commission Agreement and Schedule, Agency must place $200,000 or more Base/imputed Premium and complete Data Processing. Data Processing means the following:

    1. Agency must timely and accurately complete entry of data for eligible crop insurance contracts, as determined by the Company ("Crop Contracts"), into Company's electronic database, GreatAg®, for substantially all Crop Contracts written with the Company. As described in more detail below, Agency must enter the data from completed Sales Related Documents, APH Documents, and Acreage Reporting Documents (collectively "Contract Documents")

    2. Agency must complete entry of acreage data, which includes farm, tract, and field data necessary to comply with Common Land Unit (CLU) reporting requirements established by RMA.

    3. Completed Contract Documents with required supporting documentation must be received by the Company within the deadlines described below.

## MPCI Data Processing Guidelines:

- "Sales Related Documents" include but are not limited to: Application/Cancellation/Transfer Form, Policy Change Form, Renewal Form, Hail/Fire Exclusion Form, High Risk Land Exclusion Form, PIVR, PAW and such other forms as may be required by RMA to be completed no later than the applicable sales closing date for the crop policy.

    1. For Crop Contracts with a fixed sales closing date:

        a. Data Processing must be completed and all required documents received by the Company within 15 calendar days after the applicable sales closing date as published by RMA.

        b. All Sales records must be timely submitted through PASS and accepted by RMA. Otherwise, LSR penalties may be applied (in addition to the Data Processing Bonus becoming unavailable for such policy).

        c. Late Signed/Filed Sales Related Documents must not be processed and must be immediately provided to the Company for proper handling.

2. For Crop Contracts without a fixed sales closing date (Florida Fruit Trees):

    a. Renewal Crop Contracts: Data Processing must be completed and all required documents received by the Company within 15 calendar days after the applicable sales closing date as published by RMA.

    b. New Crop Contracts: Data Processing must be completed and all documents received by the Company within one calendar day after the documents have been completed, signed, and received by the Agency. Failure to provide the documents in this specified timeframe may result in the loss of the Data Processing Bonus for the associated policies.

- Actual Production History (APH) / Production Reporting Documents:

    1. Data Processing must be completed, and all required documents received by the Company within 20 calendar days after the applicable production reporting date as published by RMA.

    2. All APH lines must be timely booked with records timely submitted through PASS and accepted by RMA. Otherwise, LPR penalties may be applied (in addition to the Data Processing Bonus becoming unavailable for such policy).

    3. Late Signed/Filed Production Reporting Documents must not be processed and must be immediately provided to the Company for proper handling.

- Acreage Reporting Documents:

    1. Data Processing must be completed and all required documents received by the Company within 30 calendar days after the applicable acreage reporting date as published by RMA.

    2. All Acreage lines must be timely booked with records timely submitted through PASS and accepted by RMA.

    3. Revised and Late Filed (signed after the ARD) Acreage Reporting Documents must not be processed and must be immediately provided to the Company for review and consideration of acceptance upon completion of required crop inspections.

    4. Unsigned Acreage Reporting Documents must not be processed and must be immediately provided to the Company for review and consideration of acceptance upon completion of required crop inspections.

    5. Preliminary/Intended Acreage Reporting Documents for CCIP policies (prepared prior to the crop being planted) must be provided and referred to the Company no later than 45 days prior to the ARD to assure proper handling of required notifications to the policyholder.

- Pasture Rangeland Forage (PRF), Apiculture (API) and Annual Forage:

    1. Data processing must be completed and all required documents received by the Company within 25 calendar days after the applicable sales closing/acreage reporting date as published by RMA.

    2. All Sales records must be timely submitted through PASS, and accepted by RMA. Otherwise, LSR penalties may be applied (in addition to the Data Processing Bonus becoming unavailable for such policy).

    3. Late Signed/Filed Documents must not be processed and must be immediately provided to the Company for proper handling.

- Whole Farm Revenue Protection (WFRP):

    1. New Policies:

        - Data processing must be completed and all required Sales documents including supporting documentation must be received by the Company within 3 calendar days after the applicable sales closing date as published by RMA. Sales documents include but are not limited to the WFRP Application, Allowable Revenue and Expense Worksheets, Whole Farm History Report, Accounts

        Payable and Receivable, Inventory forms and Intended Farm Operations Report. Supporting documentation includes but is not limited to Worksheets required by the Company, IRS filed Tax forms, Substitute Schedule F's and records to support the expected revenue amounts (yield and price).

- All Sales records must be timely submitted through PASS and accepted by RMA. Otherwise, LSR penalties may be applied (in addition to the Data Processing Bonus becoming unavailable for such policy).

- Data processing of the Revised Farm Operation Report and Final Farm Operation Report should be completed and all required supporting documentation received by the Company within 15 calendar days after the applicable deadline as published by RMA.

- All FOR (Intended, Revised, and Final) records must be timely submitted through PASS, and accepted by RMA.

- Revisions to the Revised Farm Operation Report must not be processed and must be immediately provided to the Company for review and consideration of acceptance.

2. Renewal Policies:

- Data processing must be completed and all required Sales documents including supporting documentation must be received by the Company within 15 calendar days after the applicable sales closing date as published by RMA. Sales documents include but are not limited to the WFRP Application, Allowable Revenue and Expense Worksheets, Whole Farm History Report, Accounts Payable and Receivable, Inventory forms and Intended Farm Operations Report. Supporting documentation includes but is not limited to Worksheets required by the Company, IRS filed Tax forms, Substitute Schedule F's and records to support the expected revenue amounts (yield and price).

- All Sales records must be timely submitted through PASS and accepted by RMA. Otherwise, LSR penalties may be applied (in addition to the Data Processing Bonus becoming unavailable for such policy).

- Data processing of the Revised Farm Operation Report and Final Farm Operation Report should be completed and all required supporting documentation received by the Company within 15 calendar days after the applicable deadline as published by RMA.

- All FOR (Intended, Revised, and Final) records must be timely submitted through PASS, and accepted by RMA.

- Revisions to the Revised Farm Operation Report must not be processed and must be immediately provided to the Company for review and consideration of acceptance.

- Request for Actuarial Change (Written Agreements):

    1. Data Processing of Written Agreement submissions to the Company must be completed and all required documents must be received by the Company within 3 calendar days after the documents have been completed, signed and received by the agency, but no later than 1 day after the applicable RMA deadline.

**MPCI Data Processing Exceptions:**

- In the instances described below, Agency is not responsible for Data Processing. However, for Agency to receive the Data Processing Bonus, the documents described below must be received by the Company by the deadlines specified within the MPCI Commission Agreement and Schedule. Livestock premium is excluded from the Data Processing Bonus.

- Agency is not responsible for Data Processing for the following:

1. Revised documents, late filed documents, and/or documents not properly signed and/or completed (if such documents were not completed and signed by the applicable sales closing or reporting date as published by RMA).

## Security, Performance Standards, Training, and Reservations of Rights:

- As a reminder, Agency must adhere to the Confidentiality provisions in the Crop Division Agency-Company Agreement. Agency and each person within the Agency authorized to access GreatAg also must adhere to requirements set forth in the Guidelines for Agency Access to GreatAg, provided to Agency in conjunction with the Agency-Company Agreement.

- Agency Employees authorized to complete data processing must complete annual update and data processing training as required by the Company.

- Agency Employee and/or agent is expected to achieve and maintain a 9.0 or higher performance rating, as determined by the Company, for Sales, Production and Acreage documents in order to be considered proficient. Any deficiencies identified by the Company upon review of contract documents and/or data processing completed by the Agency must be remedied.

- The Company reserves the right to revoke the Data Processing security rights for the Agency or any Agency employee or agent if the Agency or such employee or agent fails to comply with security and Data Processing performance standards established by the Company.

## Training, Compliance, Legal and Corrective Action:

- Company will not pay a Data Processing Bonus on any policies sold or serviced by any agent within Agency if the minimum training/testing, conflict of interest certification, Non-disclosure certification, REG survey response, and controlled business certification as outlined in the SRA are not fulfilled timely as required by RMA. Any penalties imposed by RMA as a result of an Agent's failure to follow these requirements will be the Agency's responsibility.

## Congressional Appropriation of Funds and SRA Restrictions:

- As set forth in more detail in Article VIII.4. of the Crop Insurance Division Agency-Company Agreement, Company's obligations are subject to the availability and amount of Congressional appropriations and limited to the maximum A&O subsidy restrictions provided in the current SRA. Agency hereby acknowledges that Company has the right to amend the MPCI Commission Agreement and Schedule, Underwriting Gain Contingency calculations and payment (if applicable), and/or MPCI Data Processing Bonus (if applicable) if Congress reduces the appropriations and/or if A&O subsidy maximums are exceeded. Agency also understands and agrees that if RMA clarifies, modifies, changes, or otherwise interprets the definition of compensation in the current SRA in a manner that would conflict with the MPCI Commission Schedule and Agreement Addendum, Underwriting Gain Contingency Addendum (if applicable), and/or MPCI Data Processing Bonus Addendum (if applicable), then the terms of any such applicable agreement will be changed to comply with the SRA.