**Exhibit E**



**CROP RISK SERVICES**
MEMBER OF
GREAT AMERICAN INSURANCE GROUP

# 2024 Reinsurance Year
# Underwriting Gain Contingency Agreement
### Addendum to Agency-Company Agreement

This document supersedes all previous MPCI Underwriting Gain Contingency Agreements and will remain in effect until superseded by written notification of a new MPCI Underwriting Gain Contingency Agreement.

## MPCI Underwriting Gain Contingency Agreement:

- Agency understands and agrees that under Section III (a)(2)(G) of the Standard Reinsurance Agreement (SRA), the Federal Crop Insurance Corporation (FCIC) through the Risk Management Agency (RMA) (together hereinafter "RMA") has established a maximum total Administrative and Operating (A&O) subsidy amount for the reinsurance year ("A&O Cap"). To ensure commission payments to Agency do not exceed the A&O Cap, Company will, as necessary, apply an estimated factor, until the final factor determined by RMA is released, that will reduce potential Agency Underwriting Gain Contingency payment (if applicable).

- Agency further agrees that if the application of this factor results in paid commission exceeding the terms allowed under Section III (a)(4)(b) of the SRA, Agency must repay overpaid commission to Company within 90 days of the noncompliance determination by the Company or RMA.

- Agency further understands and agrees that additional compensation in the form of Underwriting Gain Contingency payments (described below) are subject to the restrictions and limitations set forth in Section III (a)(4)(c)(iii) of the SRA ("RMA Limitations") and the Company's obligations are subject to the RMA Limitations. Therefore, Company will not make Underwriting Gain Contingency payments until after the first annual settlement report from RMA, settlement of all claims within Agency, and only after all Agency qualification information is available. If the total of all Company's potential Underwriting Gain Contingency payments exceed RMA Limitations, all payments to Agencies will be prorated proportionally to ensure compliance with the SRA.

- The following Insurance Plan is excluded from potential Underwriting Gain Contingency calculations and potential payment, Livestock.

## Underwriting Gain Contingency Qualifications:

- **For Agency to qualify for Underwriting Gain Contingency payment under this Agreement, Agency must place a minimum of $200,000 Base/Imputed Premium with Company; _and_**

    1) The Company must produce at least a 1% national net underwriting gain for the 2024 or subsequent reinsurance year; _and_
    2) The Underwriting Gain Contingency payment will be based on the following chart:

        | Agency Gross Loss Ratio | % of A&O or LAE by Plan of Insurance |
        |---|---|
        | 120% - Up | 4% |
        | 110% - 119.9% | 8% |
        | 100% - 109.9% | 12% |
        | 90% - 99.9% | 16% |
        | Less than 90% | 20% |

- The Agency Gross Loss Ratio will be the loss ratio shown on the Agency MPCI Policy Register issued by the Company, will be calculated individually by state, and will be rounded to the nearest one tenth of one percent.

### Policy Terminations:

- Company will not pay an Underwriting Gain Contingency to Agency for policies for which the insured fails to pay the policy premium to the Company by the termination date.

### Training, Compliance, Legal and Corrective Action:

- Company will not pay an Underwriting Gain Contingency on any policies sold or serviced by any agent within the Agency if the minimum training/testing, conflict of interest certification, Non-disclosure certification, REG survey response and controlled business certification as outlined in the SRA are not fulfilled timely as required by RMA. Any penalties imposed by RMA as a result of an Agent's failure to follow these requirements will be the Agency's responsibility.

### Congressional Appropriation of Funds and SRA Restrictions:

- As set forth in more detail in Article 7(e) of the Crop Insurance Division Agency-Company Agreement, Company's obligations are subject to the availability and amount of Congressional appropriations and limited to the maximum A&O subsidy restrictions provided in the current SRA. Agency hereby acknowledges that Company has the right to amend the MPCI Commission Schedule, Underwriting Gain Contingency calculations and payment (if applicable), and/or MPCI Data Processing Bonus (if applicable) if Congress reduces the appropriations and/or if A&O subsidy maximums are exceeded. Agency also understands and agrees that if RMA clarifies, modifies, changes, or otherwise interprets the definition of compensation in the current SRA in a manner that would conflict with the MPCI Commission Schedule and Agreement Addendum, Underwriting Gain Contingency Addendum (if applicable), and/or MPCI Data Processing Bonus Addendum (if applicable), then the terms of any such applicable agreement will be changed to comply with the SRA.